DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO LOPEZ GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-06-321-EJG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION TO CONTINUE STATUS** |
| ) | **CONFERENCE; ORDER ON EXCLUSION OF** |
| ) | **TIME** |
| ALEJANDRO LOPEZ GODINEZ, ) | |
| ) | Date: October 20, 2006 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference hearing set for September 22, 2006 be vacated and a further status conference be set for October 20, 2006 at 10:00 a.m. and that time be excluded for preparation of defense counsel.

This continuance is being requested because the parties need additional time to discuss a plea agreement and reduce it to writing. Defense counsel needs additional time to have it translated into Spanish and present it to Mr. Godinez.

For this reason, the parties agree that the ends of justice to be

served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through October 20, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4).

DATED: September 21, 2006			Respectfully submitted,

						DANIEL J. BRODERICK
						Federal Defender


						/s/ RACHELLE BARBOUR
						RACHELLE BARBOUR
						Assistant Federal Defender
						Attorney for Defendant

DATED: September 21, 2006			McGREGOR SCOTT
						United States Attorney


						/s/ RACHELLE BARBOUR for
						SAMUEL WONG
						Assistant U.S. Attorney
						Attorney for Plaintiff

					O R D E R

	Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order.  It is ordered that the previously set status conference is continued to October 20, 2006.  It is further ordered that time from the date of the parties' stipulation until and including October 20, 2006, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act in the
//
//

1  interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and
2  Local Code T4.  The Court specifically finds that the ends of justice
3  to be served by a continuance outweigh the best interests of the public
4  and the defendant in a speedy trial.

7  DATED: September 21, 2006            /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
8                                       United States District Judge