DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEJANDRO LOPEZ GODINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>                                   )<br>                                   )<br>ALEJANDRO LOPEZ GODINEZ,           )<br>                                   )<br>            Defendant.             )<br>_____ | NO. CR.S-06-321-EJG<br><br>**STIPULATION TO ADVANCE SENTENCING DATE**<br><br>Date: December 22, 2006<br>Time: 1:30 p.m.<br>Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the date for judgment and sentencing previously set for January 5, 2007 be advanced to December 22, 2006 at 1:30 p.m.

   Both parties have received and reviewed the draft presentence report.  Defense counsel has reviewed it with Mr. Godinez in Spanish. There are no objections by either party.  The probation officer has been consulted and concurs with this request.  The court interpreter has been notified of the new date and will be available.

   Accordingly, the parties request that the judgment and sentencing

date be advanced to December 22, 2006 at 1:30 p.m.

DATED: December 18, 2006          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ RACHELLE BARBOUR
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant

DATED: December 18, 2006          McGREGOR SCOTT
                                  United States Attorney


                                  /s/ RACHELLE BARBOUR for
                                  SAMUEL WONG
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

O R D E R

It is ordered that the previously set date for judgment and sentencing is advanced to December 22, 2006 at 1:30 p.m.

DATED: December 19, 2006          /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Judge

2